# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Reynaldo Escalante-Velazquez | Case No: 1:11CR00103-002 <br> USM No: 10202-028 |
| Date of Original Judgment: 08/09/2012 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Sara J. Varner <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 51 months **is reduced to** 41 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By Jennifer H. Ong, Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 08/09/2012 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/27/15

Effective Date: 11/01/2015
*(if different from order date)*

/s/ William T. Lawrence
*Judge's signature*

Honorable William T. Lawrence, U.S. District Court Judge
*Printed name and title*